IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY WALLIS,              ) | |
|                                              ) | |
|         Plaintiff,                       ) | |
|                                              ) | |
| vs.                                        ) | |
|                                              ) | |
| TOWNSEND VISION, INC., d/b/a  ) | No. 06-3227 |
| TOWNSEND ENGINEERING        ) | |
| COMPANY, an Iowa Corporation, ) | |
| and STORK TOWNSEND, INC.,    ) | |
|                                              ) | |
|         Defendants.                   ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the motion of Defendant Stork Townsend, Inc., for leave to withdraw its motion for summary judgment.

Defendant Stork Townsend, Inc. filed its motion for summary judgment on November 27, 2006. Pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties have executed a stipulation of dismissal of that Defendant. The stipulation of dismissal was filed on March 8, 2007.

1

In light of the stipulation of dismissal, Stork Townsend seeks leave to withdraw its motion for summary judgment without prejudice.

<u>Ergo</u>, the motion of Defendant Stork Townsend for leave to withdraw its previously filed motion for summary judgment [d/e 11], without prejudice, [d/e 16] is ALLOWED.

ENTER: March 13, 2007

       FOR THE COURT:

             s/Richard Mills
             United States District Judge